UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-15-MOC

| | |
|---|---|
| **JAMIE DEANNA DARE GALYON,** As parent of minor on behalf of S. A. E. G., Plaintiff, Vs. **MARTIN O'MALLEY,** **Commissioner of Social Security,** Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's Motion for Voluntary Dismissal, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. (Doc. No. 7). Defendant does not oppose the motion.

**IT IS ORDERED** that Plaintiff's Motion for Voluntary Dismissal, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, (Doc. No. 7), is **GRANTED** and this matter is dismissed. The Clerk is instructed to terminate this action.

Max O. Cogburn Jr.
United States District Judge